UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 3, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
v. ) Case No. 2:18PO00030-AC
)
) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
CHRISTIE DAVEY, )
)
    Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __CHRISTIE DAVEY__, Case No. __2:18PO00030-AC__, Charge __38 CFR 1.218(b)(18)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        __ (Other) __

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 3, 2018__ at __2:36 pm__.

                By   /s/ Allison Claire/s/ Allison Claire
                      Allison Claire
                      United States Magistrate Judge

Copy 2 - Court